AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

STEVEN FISHER, SANDRA FISHER

**AMENDED**
**JUDGMENT IN A CIVIL CASE**

V.

CITY OF SAN JOSE, OFFICER BOLER,
OFFICER ESQUIVEL, OFFICER HONDA,
OFFICER KINSWORTHY, OFFICER RYAN

CASE NUMBER: C 01-21192 PVT

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff Steven Fisher shall have judgment against the City of San Jose on his claim for unlawful warrantless arrest. The court awards nominal damages and injunctive relief as set forth in the court's order filed on 4/16/04. Defendants Boler, Esquivel, Honda, Kinsworthy, Ryan and the City of San Jose shall have judgment against Plaintiffs Steven Fisher and Sandra Fisher on all remaining claims.

4/20/04
Date

RICHARD W. WIEKING
Clerk

Corinne Moore
(By) Deputy Clerk