UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 02 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

STEVEN FISHER,

    Plaintiff - Appellee,

and

SANDRA FISHER,

    Plaintiff,

v.

CITY OF SAN JOSE,

    Defendant - Appellant,

and

CITY OF SAN JOSE POLICE DEPARTMENT; OFFICER BOLER; OFFICER BARNETT; OFFICER CORREA; OFFICER ESQUIVEL; OFFICER HONDA OFFICER KINSWORTHY; OFFICER O'BRIEN; OFFICER RYAN; OFFICER NGUYEN,

    Defendants.

No. 04-16095
D.C. No. CV-01-21192-PVT
Northern District of California, San Jose

**MANDATE**

The judgment of this Court, entered 3/11/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk