**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 3, 2009

CASE NUMBER:   **CV 01-21192 PVT**
CASE TITLE:   **Fisher-v- City of San Jose**
DATE MANDATE FILED:   4/2/2009

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Betty Walton
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

**Dennis Alan Lempert ,**
Law Offices of Dennis Alan Lempert
100 Saratoga Ave
Suite 100
Santa Clara , CA 95051-7337

**Donald E. J. Kilmer, Jr**
Offices of Donald Kilmer
1645 Willow Street
Suite 150
San Jose , CA 95125

**Clifford S. Greenberg**
Office of the City Attorney
City of San Jose
200 East Santa Clara Street
San Jose , CA 95113-1905

**Robert Baker Burchfiel**
Office of the City Attorney
City of San Jose
200 East Santa Clara Street
San Jose , CA 95113-1905

NDC App-16

Case: 04-16095    04/02/2009    Page: 1 of 1    DktEntry: 6868269

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 02 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN FISHER,<br><br>      Plaintiff - Appellee,<br><br>and<br><br>SANDRA FISHER,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>      Defendant - Appellant,<br><br>and<br><br>CITY OF SAN JOSE POLICE DEPARTMENT; OFFICER BOLER; OFFICER BARNETT; OFFICER CORREA; OFFICER ESQUIVEL; OFFICER HONDA OFFICER KINSWORTHY; OFFICER O'BRIEN; OFFICER RYAN; OFFICER NGUYEN,<br><br>      Defendants. | No. 04-16095<br>D.C. No. CV-01-21192-PVT<br>Northern District of California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered 3/11/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk