**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN AND SANDRA FISHER, | Case No. C 01-21192 PVT |
| Plaintiffs, | |
| v. | **SECOND AMENDED JUDGMENT** |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

A jury having rendered a verdict in the above-captioned action,

IT IS HEREBY ORDERED that judgment be entered for defendants and against plaintiffs and that the Clerk of the Court close the file.

Dated:   April 3, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge