Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125-5120
Telephone: 408/264-8489
Facsimile: 408/264-8487

Dennis Alan Lempert (SBN: 42074)
LAW OFFICES OF DENNIS ALAN LEMPERT
160 Saratoga Avenue, Second Floor
Santa Clara, California 95051-7305
Vc: 408/249-5152 Fx: 248-5974

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STEVEN FISHER and SANDRA FISHER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, CITY OF SAN JOSE POLICE DEPARTMENT, OFFICER BARNETT, OFFICER BOLER, OFFICER CORREA, OFFICER ESQUIVEL, OFFICER HONDA, OFFICER KINSWORTHY, OFFICER O'BRIEN, OFFICER RYAN, and OFFICER NGUYEN,<br><br>Defendants. | Case No.: C 01 - 21192 PVT<br><br>STIPULATION AND ORDER RE: WAIVER OF COSTS<br><br>Judge: Patricia V. Trumbull |

1. The mandate in this case was returned from the Court of Appeals for the Ninth Circuit.

2. The Defendants in this matter are deemed the prevailing party and are entitled to an award of costs incurred in the Trial Court and the Court of Appeals, including but not limited to:

   a. Costs of $4,477.60 incurred as trial costs.

   b. Costs of $6,932.80 incurred as appellate costs.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Costs          Page 1 of 2          *Fisher v. San Jose*

1  3.  Defendants' hereby waive all costs (known and unknown) associated with their defense
2      of this matter in the trial court and court of appeals, including those listed above.
3  4.  Said waiver is in consideration of Plaintiffs' forbearance in seeking any further legal
4      remedies in this matter, including but not limited to a Petition for Certiorari in the United
5      States Supreme Court.
6  5.  The parties stipulate that fax signatures are sufficient to bind the parties without the
7      necessity of filing original documents with the court.
8  6.  The attorneys signing this stipulation warrant that they have authorization from their
9      clients to bind the clients to this agreement.
10 **SO STIPULATED**.
11
12 Date: 4/29/09                                    Date: 4/30/2009
13
14 *[signature]*                                    *[signature]*
   Clifford S. Greenberg                            Donald Kilmer
15 Attorney for the City of San Jose                Attorney for Steven and Sandra Fisher
   Defendants                                      Plaintiffs
16
17 **SO ORDERED**.
18
19 *[signature: Patricia V. Trumbull]*
20 Patricia V. Trumbull
   United States Magistrate Judge
21
22
23
24
25
26
27
28

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Costs                Page 2 of 2                  Fisher v. San Jose